# Court of Appeals
# of the State of Georgia

ATLANTA, June 01, 2026

*The Court of Appeals hereby passes the following order:*

**A24I0212. CITY OF ALBANY v. SOUTH GEORGIA RAILS TO TRAILS.**

Pursuant to the Supreme Court's April 21, 2026 order in Case No. S25C1419, we hereby VACATE our June 10, 2024 order granting this interlocutory application. The application is REINSTATED and TRANSFERRED to the Supreme Court.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 06/01/2026

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*